# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**MARSHALL L. WALLS, SR.**                                                      **PLAINTIFF**

V.                                            NO: 4:07CV00934

**ARKANSAS SECRETARY OF STATE,**
**CHARLIE DANIELS, In his Official**
**Capacity as ARKANSAS**
**SECRETARY OF STATE**                                                      **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, Judgment is entered in favor of the Defendants. The complaint is hereby dismissed. The Clerk is directed to close the case.

IT IS SO ORDERED this 4th day of March, 2009.

_____
James M. Moody
United States District Judge